Page 1 of 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**MARCO THONY CADEJUSTE,**

**Plaintiff,**

**v.** **Case No. 3:26cv3969-MCR-HTC**

**JACKSON, et al.,**

**Defendants.**
___________________________________/

**ORDER**

Te Magistrate Judge issued a Report and Recommendation on June 10, 2026 (ECF No. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this Order.

2. Plaintiff Cadejuste's case is DISMISSED WITHOUT PREJUDICE because Cadejuste is a three-striker under 28 U.S.C. § 1915(g) who has neither paid the filing fee nor alleged he is in imminent danger of serious physical injury, and because Cadejuste failed to truthfully disclose his litigation history.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of November 2026.

M. Casey Rodgers
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**